UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JERMAINE WASHINGTON,

                      Plaintiff,                      **ORDER**

      - against -                                25-CV-1422
                                                               (Donnelly, J.)
                                                              (Marutollo, M.J.)

POLICE OFFICER IOANA M. MATIUTA,
SGT. KEITH WEBER and JANE DOE,

                    Defendants.
-------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

       Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

       The Court's records reflect that the complaint in this action was filed on **March 11, 2025**. Accordingly, if proper service of the summons and complaint is not made upon the Defendants by **June 9, 2025**, or if Plaintiff fails to show good cause why such service has not been made, the undersigned will recommend that the Court dismiss this action without prejudice. After Defendants have been served, Plaintiff must file with the Court proof of service of the summons and complaint. Fed. R. Civ. P. 4 (i)(l).

       Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of Plaintiff's current address means the Court will not know where to contact Plaintiff and may result in dismissal of the case. For information regarding court procedures,

Plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665. Plaintiff may also wish to consult the City Bar Justice Center's Federal Pro Se Legal Assistance Project at (212) 382-4729 or online at https://www.citybarjusticecenter.org/federal-pro-se-legal-assistance-project for free, confidential, limited-scope legal assistance. The Court notes that the Federal Pro Se Legal Assistance Project is not part of, or affiliated with, the United States District Court.

Dated: Brooklyn, New York  
       March 28, 2025

**SO ORDERED.**

*s/ Joseph A. Marutollo*  
JOSEPH A. MARUTOLLO  
United States Magistrate Judge